**FILED**

Jun 30, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

        v.                                    CR NO: 1:26-cr-00109-JLT-SAB

D'ANDRE DAVIS,

            Defendant.

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:    D'Andre Davis

Detained at          North Kern State Prison

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment   ☐ Information   ☐ Complaint
                        charging detainee with:    18 USC 371 Conspiracy / 18 USC 2261A(2)(B) Stalking

        or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

        or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

*Appearance is necessary [on July 8, 2026] in the Eastern District of California.*

Signature:

Printed Name & Phone No:        David Gappa (559) 497-4020

Attorney of Record for:         United States of America

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **on July 8, 2026**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    June 30, 2026

                            Honorable Erin Guy Castillo
                            U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | |
| Booking or CDC #: | CDC # AE7275 |
| Facility Address: | 2737 W Cecil Ave, Delano, CA 93215 |
| Facility Phone: | (661) 721-2345 |
| Currently | Serving sentence of 32 years - life |

| | |
|---|---|
| ☒Male  ☐Female | |
| DOB: | Feb. 26, 1987 |
| Race: | Black |
| FBI#: | 531589KB7 |

### RETURN OF SERVICE

Executed on: _____

                        _____
                        (signature)